# United States Court of Appeals
## For the First Circuit

No. 05-2562

WEIPING ZHENG,

Petitioner,

v.

ALBERTO GONZALES, ATTORNEY GENERAL,

Respondent.

ERRATA SHEET

The opinion of this court issued on September 26, 2006 is amended as follows:

On the cover sheet, line 38,  replace "Sin Wong" with "Siu Wong."